## BASSE *v.* BROWNSVILLE.

ERROR TO THE SUPREME COURT OF THE STATE OF TEXAS.

No. 109. Argued December 18, 1874.—Decided January 11, 1875.

The treaty of Guadaloupe Hidalgo had no relation to property within the State of Texas.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This writ of error is dismissed for the want of jurisdiction. In *McKinney v. Saavieyo*, 18 How. 240, it was decided that the treaty of Guadaloupe Hidalgo had no relation to property included within the State of Texas. The record does not show that any question was made in the court below or decided, as to the effect of the act of 7th February, 1853, upon the plaintiff's title. So far as anything does appear, the case was disposed of without reaching that question. *Dismissed.*

*Mr. Edgar Ketchum, Mr. James R. Cox* and *Mr. C. Robinson* for plaintiff in error.

*Mr. Thomas J. Durant* and *Mr. Charles W. Honor* for defendant in error.